IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**ROBERT JAY DAVIS,**

Plaintiff,

v.                                                                     Civil Action 7:12-CV-78 (HL)

**WILLIAM DANFORTH,**

Defendant.

## ORDER

This case is before the Court on a Recommendation (Doc. 6) in which United States Magistrate Judge Thomas Q. Langstaff recommends that Plaintiff's denial of access to the courts claim in relation to his "Motion for Contempt" and "Motion to Stay the Sale of Property" be dismissed. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for plain error and finds none. Thus, the Recommendation is accepted and adopted. The access to the courts claim as to those two motions is dismissed. The denial of access to the courts claim relating to Plaintiff's habeas action will move forward.

**SO ORDERED**, this the 5th day of September, 2012.

*/s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh